UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CIV. S-06-614 LKK/KJM PS

    Plaintiff,

 v.                       O R D E R

JAMES ORBIN MOLEN; and
SANDRA LYN MOLEN,

    Defendants.
                                   /

    All defendants in the above-captioned case have now filed appearances in propria persona.  Accordingly, pursuant to Local Rule 72-302(c)(21), this matter is REFERRED to the assigned magistrate judge for all further pretrial proceedings.  The Status Conference currently set before the undersigned on June 5, 2006 is VACATED.

    IT IS SO ORDERED.

    DATED:  May 26, 2006.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT