UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                      NO. CIV. S-06-614 LKK/KJM PS

      Plaintiff,

  v.                                   O R D E R

JAMES ORBIN MOLEN and
SANDRA LYN MOLEN,

      Defendants.
                                 /

    This case involves a UCC lien filed by defendants against two IRS officers in violation of this court's February 26, 2007 order permanently enjoining defendants from filing such liens. In this motion, the U.S. is seeking enforcement of that order by expunging the lien.

**I. Background**

    In 2004, the defendants filed a UCC Financing Statement with the California Secretary of State naming several federal government officials as debtors and imposing a lien against them in an amount exceeding $93 billion. The officials named in the

UCC filing had previously been involved with a tax enforcement action against the defendants. On February 26, 2007 this court issued an order permanently enjoining the defendants from "filing, or attempting to file, any document or instrument that purports to create a nonconsensual lien or encumbrance against the person or property of any government employee." Order at 2, ECF No. 34.

In February 2010, the defendants filed another UCC Financing Statement, No. 10-7221924, naming IRS officers Paul Enjalran and Charles Delao as debtors. In the lien document, and in a letter to Mr. Enjaltran, defendant James O. Molen stated that he would not release the lien until the IRS released all tax liens against him. The United States brought this motion to enforce the February 26, 2007 judgment by expunging the UCC Financing Statement.

## II. Analysis

This court issued a injunction on February 26, 2007, permanently enjoining defendants from filing false liens against government employees. Order, ECF No. 34. District courts have authority to issue such injunctions under 26 U.S.C. 7402(a), which provides

> "[t]he district courts of the United States at the instance of the United States shall have such jurisdiction to make and issue in civil actions, writs and orders of injunction. . . and such other orders and processes, and to render such judgments and decrees as may be necessary or appropriate for the enforcement of the internal revenue laws."

2

1  District courts also have the authority to "void common-law
2  liens imposed by taxpayer on the property of government
3  officials assigned to collect delinquent taxes." Ryan v. Bilby,
4  764 F.2d 1325, 1327 (9th Cir. 1985).
5      Defendants filed a second UCC Financing Statement against
6  IRS officials in February 2010. Defendants have not asserted any
7  valid reason for filing the lien against Mr. Delao and Mr.
8  Enjarlan, and have made release from the lien conditional on the
9  plaintiffs releasing defendants from a tax lien. The filing of
10 the second UCC Financing Statement violates this court's
11 injunction.
12     For the foregoing reasons, this court orders as follows:
13     [1]  Plaintiff's motion to enforce judgment, is GRANTED.
14     [2]  The UCC Financing Statement filed by James O. Molen on
15          February 04, 2010, with the Secretary of State of
16          California, Filing No. 10-7221924, is adjudged null,
17          void, and without legal effect, and is hereby
18          expunged.
19
20     [3]  Defendants are warned that the filing of another false
21          lien against any government officials will indicate
22          intentional conduct and will form the basis of
23          criminal contempt proceedings pursuant to 18 U.S.C. §
24          401.
25     IT IS SO ORDERED.
26     DATED: September 28, 2010.

                                    _____
                                 3  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT