BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:06-CV-00614-LKK-KJM-PS |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES O. MOLEN AND SANDRA LYNN MOLEN, | |
| Defendants. | |

The United States has moved to amend to include a corrected filing number in an order expunging a UCC Financing Statement filed against two Revenue Officers.  Defendants have not opposed the motion.  For the reasons previously stated in the Order filed September 29, 2010, (Doc. No. 43), and upon good cause shown,

IT IS ORDERED THAT

    1.    Plaintiff's motion to enforce judgment, is granted.

    2.    The UCC Financing Statement, No. 10-7221924159, filed by James O. Molen on or about February 4, 2010, is adjudged null, void, and without legal effect, and is hereby expunged.

    3.    The hearing set for May 9, 2011 is VACATED.

IT IS SO ORDERED.

Dated: April 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1  Submitted by:

2  BENJAMIN B. WAGNER
   United States Attorney

3  Dated:   March 29, 2011     /s/ G. Patrick Jennings
   G. PATRICK JENNINGS
4  Trial Attorney, Tax Division
   U.S. Department of Justice
5  P.O. Box 683
   Ben Franklin Station
6  Washington, D.C. 20044
   Telephone:  (202) 307-6648