IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES O. MOLEN,

    Defendant.

No. 2:03-cv-1531-RRB-EFB  PS
No. 2:06-cv-0614-LKK-KJM PS
No. 2:10-cv-2591-MCE-KJN PS
No. 2:12-cr-0252-GEB

NON-RELATED CASE ORDER

On July 13, 2012, the United States filed a Notice of Related Case in the above-captioned actions.[1] Because the earliest action, *United States v. Molen*, 2:03-cv-1531-RRB-EFB (PS), is now closed and the assignment of the latter-filed actions to the judges in the initial action is not likely to effect a savings of judicial effort or other economies, the latter-filed actions will not be reassigned to the judges in the initial action, as contemplated by Local Rule 123.

SO ORDERED.

DATED: July 17, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This action was reassigned to the undersigned on July 16, 2012.  Dckt. No. 138.